UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOMONNI MORRIS,

                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------- x

ORDER

20 Civ. 9314 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff Jomonni Morris has failed to file a second amended complaint ("SAC") in light of this Court's July 21, 2022 opinion and order granting Plaintiff's letter motion to file a SAC against Defendants Mangal, Ortiz, and Prey-Green only. (ECF No. 41.)

    The Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore and second amended complaint are filed within thirty (30) days.

Dated: October 24, 2022
       New York, New York

                                            SO ORDERED.

                                            *George B Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge